UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST KONDOR, JR., as Personal
Representative of the Estate of ERNEST
KONDOR, SR.,

Hon.

    Plaintiff,

Case No.:

v

HARTLAND OF ALLEN PARK MI, LLC,
D/B/A HARTLAND HEALTH CARE
CENTER-ALLEN PARK, A Delaware
Limited Liability Company,

    Defendant.

_____/

KEVIN ERNST (P44223)
Attorney for Plaintiff
645 Griswold
Suite 4100
Detroit, Michigan  48226
(313) 965-5555

WILLIAM D. CHAKLOS (P33180)
DAVID C. WIEGEL (P57277)
Attorney for Defendant
One Woodward Avenue
Suite 2400
Detroit, MI 48226-5485
(313) 965-7925

DEAN ELLIOTT (P60608)
Co-Counsel for Plaintiff
500 S. Washington
Suite 5
Royal Oak, Michigan  48067
(248) 543-9000

_____/

## NOTICE OF REMOVAL BY DEFENDANT

TO:   THE UNITED STATES DISTRICT COURT
      FOR THE EASTERN DISTRICT OF MICHIGAN
      SOUTHERN DIVISION

NOW COMES the defendant, HEARTLAND OF ALLEN PARK MI, LLC d/b/a

HEARTLAND HEALTH CARE CENTER - ALLEN PARK, a Delaware Limited Liability

Company, by and through its attorneys, KITCH DRUTCHAS WAGNER VALITUTTI &

Kitch Drutchas Wagner Valitutti & Sherbrook
ATTORNEYS AND COUNSELORS
One Woodward Avenue
Suite 2400
Detroit, Michigan 48226-5485
(313) 965-7900

DET02\1307331.01

SHERBROOK, and hereby respectfully submits this Notice of Removal  for the above-
captioned case, and as grounds for removal, states as follows:

1.      Plaintiff filed an action in the State of Michigan, Circuit Court for the
County of Wayne, against defendant, Heartland of Allen Park MI, doing business as
Heartland Health Care Center - Allen Park, a Delaware Limited Liability Company
(Complaint, attached hereto as Exhibit A.)

2.      That defendant received a copy of said Complaint on March 12, 2009.

3.      That this case is accordingly being removed within thirty (30) days after
receipt by the defendant of a copy of the initial pleading setting forth the claim for relief.

4.      That there are no pleadings, other than the Complaint, and no
proceedings have been had in the State Court action.

5.      That the above-captioned action is a civil action over which this Court has
original jurisdiction under the provisions of Title 28, U.S.C. §1332, and is one which may
be removed to this Court by the petitioner, defendant herein, pursuant to the provisions
of Title 28, U.S.C. §1441.  In particular, it is a civil action and the matter in controversy
exceeds or may exceed the sum and value of seventy-five thousand and no/100s
($75,000.00) dollars, exclusive of costs, attorney fees, and statutory interest, according
to the allegations of the injuries and damages in the Complaint.  Further, the matter is
between citizens of different states.  The plaintiff is a resident and citizen of the State of
Michigan, according to his Complaint, as of the time of the occurrences alleged in the
Complaint and continuing through the filing of this action to the present.  The defendant
is a Delaware Limited Liability Company with its sole member also a Delaware Limited
Liability Company.  The subsequent members along the ownership chain are also
Delaware LLCs.  The end corporate owner, Manor Care, Inc., is a Delaware

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
One Woodward Avenue,
Suite 2400
Detroit, Michigan
48226-0445

(313) 965-7000

2

corporation.  Accordingly, as the citizenship of the defendant is that of a foreign entity, this matter is properly removed by defendant on the basis of diversity jurisdiction.

WHEREFORE, defendant gives notice that this action is therefore removable to this Court pursuant to 28 U.S.C. § 1441 because it is within this Court's original "diversity" jurisdiction, and no defendant properly joined is a citizen of Michigan.

Respectfully submitted,

KITCH DRUTCHAS WAGNER
VALITUTTI & SHERBROOK, P.C.


By:  /s/ David C. Wiegel
     WILLIAM D. CHAKLOS (P33180)
     DAVID C. WIEGEL (P57277)
     Attorneys for Defendant
     One Woodward Avenue, Suite 2400
     Detroit, MI  48226
     (313) 965-7415

Dated:  April 9, 2009

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
One Woodward Avenue,
Suite 2400
Detroit, Michigan
48226-3485

(313) 965-7900

2

DET02\1307331.01

## AFFIDAVIT OF COUNSEL

STATE OF MICHIGAN)
                 ) ss
COUNTY OF WAYNE )

     The undersigned, being fully duly sworn, deposes and says that he is the attorney for the defendant, that he has read the foregoing Notice of Removal and he knows the contents thereof, and the same is true to the best of his knowledge, information and belief.

                             DAVID C. WIEGEL (P57277)
                             Attorney for Defendant

Subscribed and sworn to before me
this 9th day of April , 2009.

Notary Public

ALISON BRAGG
NOTARY PUBLIC, STATE OF MI
COUNTY OF WAYNE
MY COMMISSION EXPIRES Aug 28, 2012
ACTING IN COUNTY OF

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
One Woodward Avenue,
Suite 2400
Detroit, Michigan
48226-5485

(313) 965-7900

DET02\1307331.01

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST KONDOR, JR., as Personal
Representative of the Estate of ERNEST
KONDOR, SR.,                                          Hon.

     Plaintiff,                                         Case No.:

v

HARTLAND OF ALLEN PARK MI, LLC,
D/B/A HARTLAND HEALTH CARE
CENTER-ALLEN PARK, A Delaware
Limited Liability Company,

     Defendant.
_____/

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 9, 2009, I electronically filed the foregoing paper with
the Clerk of the Court using the ECF system which will send notification of such filing to
the following:__N/A, and I hereby certify that I have mailed by United States Postal
Service the paper to the following non-ECF participants:__Kevin Ernst, Esq., 645
Griswold, Suite 4100, Detroit, Michigan 48226 and Dean Elliott, Esq., 500 S.
Washington, Suite 5, Royal Oak, Michigan 48067.

                             Respectfully submitted,

                             KITCH DRUTCHAS WAGNER VALITUTTI &
                             SHERBROOK, P.C.

                    By: /s/ Alison Bragg Secretary to David C. Wiegel
                             WILLIAM D. CHAKLOS (P33180)
                             DAVID C. WIEGEL (P57277)
                             Attorneys for Defendant
                             One Woodward Avenue, Suite 2400
                             Detroit, MI 48226

Dated: April 9, 2009              (313) 965-7415

Kitch Drutchas
Wagner Valitutti &
Sherbrook
ATTORNEYS AND
COUNSELORS
One Woodward Avenue,
Suite 2400
Detroit, Michigan
48226-3485

(313) 965-7900