UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERNEST KONDOR, JR., as Personal Representative
of the Estate of ERNEST KONDOR, SR.,

      Plaintiff,

vs.

                        Case No. 09-CV-11361
                        JUDGE LAWRENCE P. ZATKOFF
                        MAGISTRATE STEVEN D. PEPE

HEARTLAND OF ALLEN PARK MI, LLC, D/B/A
HEARTLAND HEALTH CARE CENTER-ALLEN PARK,
a Delaware Limited Liability Company,
JAGDISH SACHDIVA, MD, an individual, and
GRETA BROWN, an individual,

      Defendants.
_____/

| | |
|---|---|
| ERNST LAW FIRM | William D. Chaklos (P-33180) |
| Kevin Ernst (P44223) | KITCH, P.C. |
| Co-Counsel for Plaintiff | Attorney for Defendant |
| 645 Griswold, Ste. 4100 | One Woodward Ave., Suite 2400 |
| Detroit, MI 48226 | Detroit, Michigan 48226 |
| (313) 965-5555 | 313-965-7925 |

DEAN ELLIOTT PLC
Dean Elliott (P60608)
Co-Counsel for Plaintiff
500 S. Washington, Ste. 5
Royal Oak, MI 48067
(248) 543-9000 X14
_____/

**STIPULATED ORDER TO REMAND CASE TO WAYNE COUNTY CIRCUIT COURT**

      This matter having come before the Court upon stipulation of the parties herein, the Court

having reviewed same and being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED AND ADJUDGED** that the above titled matter of Ernest Kondor, Jr. as the Personal Representative of the Estate of Ernest Kondor, Sr. vs. Heartland of Allen Park MI, LLC, Jagdish Sachdiva, and Greta Brown is hereby remanded to the Wayne County Circuit Court.

**IT IS SO ORDERED**.

                                                          S/Lawrence P. Zatkoff
Date: December 2, 2009                               LAWRENCE P. ZATKOFF
                                                      UNITED STATES DISTRICT JUDGE

S/Dean Elliot
Attorney for Plaintiff
321 South Williams Street
Royal Oak, Michigan 48067
(248) 543-9000 Ext. 14
dean@deanelliottplc.com
P-60608

S/David Wiegel
Attorney for Defendants
KITCH, P.C.
One Woodward Ave., Suite 2400
Detroit, Michigan 48226
313-965-7925
david.wiegel@kitch.com
P57277